■ JOSEPH KOWALSKI et al., Individually and as Parents and Natural Guardians of JOSEPH KOWALSKI, an Infant, Appellants, v JEFFREY GREDZICKI et al., Respondents. [604 NYS2d 871] —Order unanimously reversed on the law with costs and motion granted. Memorandum: Supreme Court erred in denying plaintiffs' motion for leave to amend the complaint. CPLR 3025 (b) provides that "[a] party may amend his pleading * * * at any time by leave of court * * * *Leave shall be freely given"* (emphasis added). In view of defendants' failure to show actual prejudice resulting from the proposed amendments, plaintiffs' motion should have been granted *(see, Loomis v Corrino Constr. Corp.,* 54 NY2d 18, 23-24; *Brewster v Baltimore & Ohio R. R. Co.,* 185 AD2d 653). (Appeal from Order of Supreme Court, Erie County, Forma, J.—Amended Complaint.) Present—Green, J. P., Pine, Lawton, Fallon and Davis, JJ.

■ In the Matter of JULIE ANN M. and Another, Children Alleged to be Neglected. [604 NYS2d 871] —Order unanimously affirmed without costs for reasons stated in decision at Erie County Family Court, O'Donnell, J. (Appeal from Order of Erie County Family Court, O'Donnell, J.—Permanent Neglect.) Present—Green, J. P., Pine, Lawton, Fallon and Davis, JJ.

■ In the Matter of JUAN B. and Others, Children Alleged to be Neglected. [604 NYS2d 871] —Order unanimously affirmed without costs for reasons stated at Erie County Family Court, Honan, J. (Appeals from Order of Erie County Family Court, Honan, J.—Neglect.) Present—Green, J. P., Pine, Lawton, Fallon and Davis, JJ.